**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CALVERT, | ) Case No. CV 11-8834-RGK (SP) |
| Petitioner, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS** |
| | ) **AND RECOMMENDATION OF** |
| LINDA SANDERS, Warden, et al., | ) **UNITED STATES MAGISTRATE** |
| | ) **JUDGE** |
| Respondents. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 24, 2012

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE