JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CALVERT, | ) Case No. CV 11-8834-RGK (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| LINDA SANDERS, Warden, et al., | ) |
| Respondent. | ) |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 24, 2012

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE